# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERLINDA KELLS,**

        Plaintiff,

v.                                                      Case No:   6:15-cv-791-Orl-22DAB

**SCHOOL BOARD OF ORANGE COUNTY, FLORIDA,**

        Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the Mediator that the above-styled action has been completely settled (Doc. No. 22).  Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.  All pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 3, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record